UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M COMPANY,

       Plaintiff,

v.

NATIONWIDE SOURCE INC.,

       Defendant.

Civil No. 0:20-cv-02694

### PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF

Plaintiff 3M Company ("3M" or "Plaintiff"), by and through its undersigned attorneys, and pursuant to Rule 65 of the Federal Rules of Civil Procedure and this Court's inherent power, hereby moves for a Temporary Restraining Order and Preliminary Injunction.

Plaintiff requests expedited handling of this motion pursuant to LR 7.1(d)(4).

Plaintiff's motion is based upon this Motion, the Memorandum in Support of this Motion, and all of the papers and proceedings in this matter.

1

Dated:  December 30, 2020　　　　　　　　　　**FISH & RICHARDSON P.C.**

By: */s/ Conrad A. Gosen*
　　John C. Adkisson (#266358)
　　Conrad A. Gosen (#0395381)
　　James Huguenin-Love (#0398706)
　　FISH & RICHARDSON P.C.
　　3200 RBC Plaza
　　60 South Sixth Street
　　Minneapolis, MN 55402
　　Telephone: (612) 335-5070
　　Facsimile:  (612) 288-9696
　　adkisson@fr.com
　　gosen@fr.com
　　huguenin-love@fr.com

*Attorneys for Plaintiff*
*3M COMPANY*