# EXHIBIT 1

Int. Cls.: 9 and 10

Prior U.S. Cls.: 21, 23, 26, 36, 38, 39 and 44

United States Patent and Trademark Office

Reg. No. 3,398,329

Registered Mar. 18, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# 3M

3M COMPANY (DELAWARE CORPORATION)
3M CENTER, 220-9E-01
2501 HUDSON ROAD
ST. PAUL, MN 55144

FOR: FULL LINE OF PARTICULATE, OZONE, GAS, VAPOR, CHEMICAL, BIOHAZARD AND OTHER RESPIRATORS, INCLUDING FILTERING FACE-PIECE RESPIRATORS AND ELASTOMERIC FACE-PIECE RESPIRATORS, OTHER THAN FOR ARTIFICIAL RESPIRATION; FULL LINE OF SELF-RESCUE AND PROTECTION APPARATUS, NAMELY, OXYGEN BREATHING UNITS, SUPPLIED-AIR RESPIRATORS, AND POWERED AIR-PURIFYING SYSTEMS (PAPRS) RESPIRATORS; CARTRIDGES, FILTERS, AIR TANKS AND OTHER COMPONENT PARTS FOR RESPIRATORS AND BREATHING UNITS; DUST MASKS; FULL LINE OF PROTECTIVE EYEWEAR, NAMELY, SAFETY GOGGLES, EYEGLASSES AND EYE SHIELDS; FACE-PROTECTION SHIELDS; EAR PLUGS AND EAR MUFFS TO ATTENUATE SOUND AND PROTECT HEARING; HARD HATS AND OTHER PROTECTIVE HELMETS; WELDING HELMETS; AIR MONITORING DEVICES AND SENSORS FOR MEASURING GASES AND VAPOR CONCENTRATION LEVELS; GAS DETECTORS FOR DETECTING THE PRESENCE OF CARBON MONOXIDE AND OTHER GASES; THERMAL-IMAGING CAMERAS FOR USE BY FIREFIGHTERS FOR SEARCH AND RESCUE; ENVIRONMENTAL SAMPLING AND TESTING INSTRUMENTS AND EQUIPMENT, NAMELY, ELECTRONIC LUMINOMETERS, AND RELATED SOFTWARE, DOCKING STATIONS AND BATTERIES, FOR DETECTING, MEASURING AND ANALYZING CHEMICALS, BIOLOGICAL SUBSTANCES, FOOD RESIDUES AND MICROBES; MICROBIOLOGICAL AND CONTAMINANT-TESTING INSTRUMENTS AND EQUIPMENT, AND SOFTWARE RELATED THERETO, FOR DETECTING, MEASURING AND ANALYZING BACTERIA, INCLUDING PATHOGENS SUCH SALMONELLA AND LISTERIA, ALLERGENS, TOXINS, VITAMINS, ANTIBIOTICS, AND OTHER ORGANISMS AND SUBSTANCES; DIAGNOSTIC APPARATUS FOR TESTING FOOD; LABORATORY EQUIPMENT AND SUPPLIES, NAMELY, TEST TUBES, TEST TUBE CAPS, DIP STICKS, RACKS, MICROTITRE PLATES AND TRAYS; SECURITY SCANNERS AND READERS FOR USE IN READING PASSPORTS AND OTHER FORMS OF IDENTIFICATION; ANTI-THEFT AND LIBRARY MATERIAL CHECK-OUT SECURITY SYSTEMS; RADIO FREQUENCY IDENTIFICATION (RFID) TAGS AND READERS; COMPUTER SOFTWARE FOR SUPPLY CHAIN MANAGEMENT FROM SOURCE TO CONSUMPTION, NAMELY, FOR COLLECTING, STORING AND MANAGING DATA, AND REPORTING, EXECUTING AND TRACKING, IN CONNECTION WITH ENTERPRISE RESOURCE PLANNING, SUPPLIER ENABLEMENT, MANUFACTURING, INVENTORY CONTROL AND WAREHOUSING, ORDER FULFILLMENT, SHIPPING, TRANSPORTATION AND DELIVERY; COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT AND MEDICAL RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND MEDICAL IMAGING SCANNERS AND RELATED SOFTWARE FOR CAPTURING IMAGES OF THE MOUTH AND TEETH FOR USE IN DENTISTRY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

FOR: FULL LINE OF SURGICAL AND MEDICAL MASKS, RESPIRATORS AND FACE AND EYE SHIELDS FOR MEDICAL AND HEALTH-CARE RELATED PERSONNEL; FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS

AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS; AUTOCLAVES FOR MEDICAL USE; ORTHODONTIC APPLIANCES; DENTAL APPARATUS, NAMELY, INTRA-ORAL LIGHT SYSTEMS FOR CURING DENTAL MATERIALS, CERAMIC USED IN MAKING DENTAL CROWNS, BRIDGES AND OTHER RESTORATIVES; DENTAL INSTRUMENTS AND KITS COMPRISED OF SUCH INSTRUMENTS, NAMELY, MANDRELS, BURS, DISCS, CUPS, WHEELS, POINTS, BRUSHES AND ABRASIVE STRIPS USED TO GRIND, POLISH OR FINISH DENTAL RESTORATIVES; DENTAL INSTRUMENTS, NAMELY, SCISSORS, CRIMPING PLIERS, CONTOURING PLIERS AND IMPRESSION TRAYS; ELECTRONIC MIXERS FOR DENTAL COMPOUNDS; APPLICATORS AND DISPENSERS FOR DENTAL PRIMERS, CEMENTS, ADHESIVES, IMPRESSION MATERIALS AND RESTORATIVE MATERIALS; GLASS-FIBER POSTS USED IN DENTAL RESTORATIVE PROCEDURES; AND DENTAL PROPHYLAXIS ANGLES AND DENTAL PROPHYLAXIS CUPS FOR USE IN CLEANING TEETH AND DENTAL HYGIENE PROCEDURES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,237,168, 2,793,534 AND OTHERS.

SER. NO. 77-257,496, FILED 8-16-2007.

TARAH HARDY, EXAMINING ATTORNEY

# EXHIBIT 2

| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Wednesday, April 2, 2014 11:00 PM |
| To: | trademarks@mmm.com |
| Subject: | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3398329: 3M: Docket/Reference No. 34775 |

**Serial Number:** 77257496
**Registration Number:** 3398329
**Registration Date:** Mar 18, 2008
**Mark:** 3M
**Owner:** 3M Company

Apr 2, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
009, 010

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77257496. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# EXHIBIT 3

Int. Cls.: 1, 3, 5, 9, 10 and 28

Prior U.S. Cls.: 1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52

Reg. No. 2,692,036

**United States Patent and Trademark Office**    Registered Mar. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER



3M COMPANY (DELAWARE CORPORATION)
2501 HUDSON ROAD
3M CENTER
ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICATOR STRIPS AND TAPE FOR USE WITH AUTOCLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; INDICATOR STRIPS FOR TESTING GLUTARALDEHYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDITIONS FOR USE IN SAFETY-MONITORING; INDICATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZATION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CONTAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZATION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND

SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRODUCTS, NAMELY, CLEANSERS, CREAMS, LOTIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRESSINGS, MEDICATED COMPRESSES, TRANSPARENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGICAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMICROBIAL SOLUTIONS; GAUZE; WOUND HEALING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SURGICAL DISINFECTANTS AND PREPPING SOLUTIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINES OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,213,836, AND 1,234,260.

SER. NO. 76-137,885, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

# EXHIBIT 4

| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Thursday, March 7, 2013 11:00 PM |
| To: | trademarks@mmm.com |
| Subject: | Trademark RN 2692036: Official Notice of Acceptance under Section 8 of the Trademark Act |

**Serial Number:** 76137885
**Registration Number:** 2692036
**Registration Date:** Mar 4, 2003
**Mark:** 3M(STYLIZED/DESIGN)
**Owner:** 3M COMPANY

Mar 7, 2013

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
001, 005, 010

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76137885. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# EXHIBIT 5

Int. Cls.: 1, 3, 5, 9, 10 and 28

Prior U.S. Cls.: 1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,793,534
Registered Dec. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER



3M COMPANY (DELAWARE CORPORATION)
2501 HUDSON ROAD
3M CENTER
ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICATOR STRIPS AND TAPE FOR USE WITH AUTOCLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; INDICATOR STRIPS FOR TESTING GLUTARALDEHYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDITIONS FOR USE IN SAFETY-MONITORING; INDICATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZATION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CONTAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZATION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRODUCTS, NAMELY, CLEANSERS, CREAMS, LOTIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRESSINGS, MEDICATED COMPRESSES, TRANSPARENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGICAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMICROBIAL SOLUTIONS; GAUZE; WOUND HEALING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SURGICAL DISINFECTANTS AND PREPPING SOLUTIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTRO-ENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,234,260 AND OTHERS.

THE MATTER SHOWN IN BROKEN LINES INDICATES THE RELATIVE PLACEMENT OF THE MARK ON A TYPICAL PACKAGE FOR THE GOODS AND IS NOT CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 76-138,263, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

# EXHIBIT 6

Side - 1



# NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION
## MAILING DATE: Dec 21, 2009

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:** 2793534
**MARK:** 3M AND DESIGN
**OWNER:** 3M COMPANY

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

James F. Voegeli
3M Innovative Properties Company
3M Center, 2501 Hudson Road
220 9E 01
St. Paul, MN 55144

# EXHIBIT 7

# Electronic Articles of Incorporation
## For

NATIONWIDE SOURCE INC

P20000041525
FILED
June 03, 2020
Sec. Of State
dlokeefe

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

NATIONWIDE SOURCE INC

## Article II

The principal place of business address:

1329 NW 6TH STREET
BOCA RATON, FL.  33486

The mailing address of the corporation is:

1329 NW 6TH STREET
BOCA RATON, FL.  33486

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

100

## Article V

The name and Florida street address of the registered agent is:

MATTHEW L PRAGER
1329 NW 6TH STREET
BOCA RATON, FL.  33486

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   MATTHEW L PRAGER

# Article VI

The name and address of the incorporator is:

MATTHEW L PRAGER
1329 NW 6TH STREET

BOCA RATON, FL 33486

Electronic Signature of Incorporator: MATTHEW L PRAGER

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

# Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title: PRES
MATTHEW L PRAGER
1329 NW 6TH STREET
BOCA RATON, FL. 33486 UN

# Article VIII

The effective date for this corporation shall be:

05/27/2020

# EXHIBIT 8



**Nationwide Source Inc.** @NationwideSrce · Nov 9

All our #3M masks are in stock! Get info for all our #PPE by calling or clicking today. #StayProtected #StopTheSpread



**Nationwide Source Inc.** @NationwideSrce · Nov 10

Need a mask that's a little more heavy-duty? Get a quote for N95 respirators today.

📞: (561) 818-0622
✉: info@nationwidesource.com

#PPE #Covid19 #3M1860 #3M8210 #3M8511



# EXHIBIT 9

**Conrad Gosen**

| | |
|---|---|
| **From:** | Valadez, Luis <Luis.Valadez@hcmed.org> |
| **Sent:** | Wednesday, December 16, 2020 10:59 AM |
| **To:** | Michael Gannon |
| **Subject:** | [EXTERNAL] FW: [EXTERNAL] 3M 1860 MASKS FINALLY HERE |

Luis Valadez, MBA
Senior Director of Supply Chain
Hennepin Heathcare
Supply Chain Management
Direct:  612-873-3230
Fax:      612-904-4253

---

**From:** Matthew Prager <matt@approvemylease.com>
**Sent:** Friday, November 06, 2020 10:17 AM
**To:** Valadez, Luis <Luis.Valadez@hcmed.org>
**Subject:** Re: [EXTERNAL] 3M 1860 MASKS FINALLY HERE

Transferring to you now

Matthew Prager,
Director of National Sales & Acquisitions
Cell 561 818 0622
Www.nationwidesource.com

On Nov 6, 2020, at 11:11 AM, Valadez, Luis <Luis.Valadez@hcmed.org> wrote:

Just tried calling.  I have time till 10:30

Luis Valadez, MBA
Senior Director of Supply Chain
Hennepin Heathcare
Supply Chain Management
Direct:  612-873-3230
Fax:      612-904-4253

---

**From:** Matthew Prager <matt@approvemylease.com>
**Sent:** Friday, November 06, 2020 10:04 AM
**To:** Valadez, Luis <Luis.Valadez@hcmed.org>
**Subject:** Re: [EXTERNAL] 3M 1860 MASKS FINALLY HERE

Ok so 12 est my time no problem.

Matthew Prager,
Director of National Sales & Acquisitions
Cell 561 818 0622
[Www.nationwidesource.com](Www.nationwidesource.com)

On Nov 6, 2020, at 10:59 AM, Valadez, Luis <[Luis.Valadez@hcmed.org](mailto:Luis.Valadez@hcmed.org)> wrote:

How about 11a cst today?

Luis Valadez, MBA
Senior Director of Supply Chain
Hennepin Heathcare
Supply Chain Management
Direct:  612-873-3230
Fax:     612-904-4253

**From:** Matthew Prager <[matt@approvemylease.com](mailto:matt@approvemylease.com)>
**Sent:** Friday, November 06, 2020 9:57 AM
**To:** Valadez, Luis <[Luis.Valadez@hcmed.org](mailto:Luis.Valadez@hcmed.org)>
**Subject:** Re: [EXTERNAL] 3M 1860 MASKS FINALLY HERE

I left you a voicemail as well.

Matthew Prager,
Director of National Sales & Acquisitions
Cell 561 818 0622
[Www.nationwidesource.com](Www.nationwidesource.com)

On Nov 6, 2020, at 10:56 AM, Matthew Prager
<[matt@approvemylease.com](mailto:matt@approvemylease.com)> wrote:

 These masks will be long gone by then. But if its for other ppe
related items yes 100%

Matthew Prager,
Director of National Sales & Acquisitions
Cell 561 818 0622
Www.nationwidesource.com

On Nov 6, 2020, at 10:54 AM, Valadez, Luis
<Luis.Valadez@hcmed.org> wrote:

Do you have time for a quick call Monday?

Luis Valadez, MBA
Senior Director of Supply Chain
Hennepin Heathcare
Supply Chain Management
Direct:   612-873-3230
Fax:      612-904-4253

**From:** Matthew Prager <matt@approvemylease.com>
**Sent:** Friday, November 06, 2020 9:51 AM
**To:** Valadez, Luis <Luis.Valadez@hcmed.org>
**Subject:** Re: [EXTERNAL] 3M 1860 MASKS FINALLY HERE

Luis,

We can provide an sgs report but that's all we get
and almost every 1860 is manufactured overseas
and then we source them here but we've sold these
to huge clients like va medical centers and st
Luke's. I can send you an sgs from the 3M 1860
Singapore batch we have?

Matthew Prager,
Director of National Sales & Acquisitions
Cell 561 818 0622
Www.nationwidesource.com

On Nov 6, 2020, at 10:44 AM,
Valadez, Luis
<Luis.Valadez@hcmed.org> wrote:

Are these manufactured in the
US?  How will we know the
authenticity?

Luis Valadez, MBA
Senior Director of Supply Chain
Hennepin Heathcare
Supply Chain Management
Direct:   612-873-3230
Fax:      612-904-4253

**From:** matt@approvemylease.com
<matt@approvemylease.com>
**Sent:** Tuesday, November 03, 2020
10:57 PM
**To:** Valadez, Luis
<Luis.Valadez@hcmed.org>
**Subject:** [EXTERNAL] 3M 1860 MASKS
FINALLY HERE

**CAUTION:** This email originated from
outside of HCMC. **DO NOT CLICK** links or
open attachments unless you recognize the
sender and know the content is safe.

<~WRD000.jpg>

Nationwide Source                                          UNS

ACTIVE ON SAM.GOV • DUNS # 117560335 • CA

<~WRD000.jpg>

*IT'S FINALLY HERE!*

**3M 1860 (Regular)
& 3M 1860S (Small)**
*are available now!*

TAKING ORDERS NOW

3M 1860
$7.95
Packed Each
Minimum order QTY: 1,200

3M 18
$7.7
Packed
Minimum order

### About

We are the nation's premiere supplier of quality PPE. Proudly serving over 100 government agencies, healthcare facilities, and school districts.

### Contact Info

220 Congress Park Dr #136
Delray Beach, FL 33445
(561)818-0622

### Useful

Home
Privacy
Shipping
Terms a

© 2020 Nationwide Source Inc. All Rights Reserved.

<~WRD000.jpg>

Nationwide Source

follow us on social media

<image001.jpg>
<image001.jpg>
<image001.jpg>
<image001.jpg>

Regards,

Matt Prager
Nationwide Source
The Nations Premier Source For Personal Protection
https://www.NationwideSource.com
561-818-0622

Nationwide Source

UNS

**Confidentiality Notice:**

Information contained in this e-mail is being sent to you after appropriate authorization or by legal exception. You are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without patient consent or as permitted by law is prohibited and may subject you to state and/or federal penalties. This information may also be legally privileged, the disclosure of which is governed by law. This information is intended for the use of the person or entity to which it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any access, disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or proof of destruction of the information contained in this message.

**Confidentiality Notice:**

Information contained in this e-mail is being sent to you after appropriate authorization or by legal

7

exception. You are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without patient consent or as permitted by law is prohibited and may subject you to state and/or federal penalties. This information may also be legally privileged, the disclosure of which is governed by law. This information is intended for the use of the person or entity to which it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any access, disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or proof of destruction of the information contained in this message.

## Confidentiality Notice:

Information contained in this e-mail is being sent to you after appropriate authorization or by legal exception. You are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without patient consent or as permitted by law is prohibited and may subject you to state and/or federal penalties. This information may also be legally privileged, the disclosure of which is governed by law. This information is intended for the use of the person or entity to which it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any access, disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or proof of destruction of the information contained in this message.

## Confidentiality Notice:

Information contained in this e-mail is being sent to you after appropriate authorization or by legal exception. You are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without patient consent or as permitted by law is prohibited and may subject you to state and/or federal penalties. This information may also be legally privileged, the disclosure of which is governed by law. This information is intended for the use of the person or entity to which it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any access, disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or proof of destruction of the information contained in this message.

## Confidentiality Notice:

Information contained in this e-mail is being sent to you after appropriate authorization or by legal exception. You are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without patient consent or as permitted by law is prohibited and may subject you to state and/or federal penalties. This information may also be legally privileged, the disclosure of which is governed by law. This information is intended for the use of the person or entity to which it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any access, disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or proof of destruction of the information contained in this message.

# EXHIBIT 10

**Conrad Gosen**

---

Luis Valadez, MBA
Senior Director of Supply Chain
Hennepin Heathcare
Supply Chain Management
Direct:  612-873-3230
Fax:     612-904-4253

---

**From:** Matthew Prager <matt@approvemylease.com>
**Sent:** Friday, November 06, 2020 9:51 AM
**To:** Valadez, Luis <Luis.Valadez@hcmed.org>
**Subject:** Re: [EXTERNAL] 3M 1860 MASKS FINALLY HERE

Luis,

We can provide an sgs report but that's all we get and almost every 1860 is manufactured overseas and then we source them here but we've sold these to huge clients like va medical centers and st Luke's. I can send you an sgs from the 3M 1860 Singapore batch we have?

Matthew Prager,
Director of National Sales & Acquisitions
Cell 561 818 0622
Www.nationwidesource.com

On Nov 6, 2020, at 10:44 AM, Valadez, Luis <Luis.Valadez@hcmed.org> wrote:

Are these manufactured in the US?  How will we know the authenticity?

Luis Valadez, MBA
Senior Director of Supply Chain
Hennepin Heathcare
Supply Chain Management
Direct:  612-873-3230
Fax:     612-904-4253

**CAUTION:** This email originated from outside of HCMC. **DO** **NOT** **CLICK** links or open attachments unless you recognize the sender and know the content is safe.



Nationwide Source

UNSUBSCRIBE

ACTIVE ON SAM.GOV • DUNS # 117560335 • CAGE CODE 8MVSH



*IT'S FINALLY HERE!*



# 3M 1860 (Regular)
# & 3M 1860S (Small)
## *are available now!*

## TAKING ORDERS NOW





### 3M 1860
$7.95
Packed Each
Minimum order QTY: 1,200

### 3M 1860S
$7.75
Packed Each
Minimum order QTY: 1,200



## About
We are the nation's premiere supplier of quality PPE. Proudly serving over 100 government agencies, healthcare facilities, and school districts.

## Contact Info

220 Congress Park Dr #136
Delray Beach, FL 33445
(561)818-0622

## Useful Links

Home
Privacy Policy
Shipping and Returns
Terms and Conditions

© 2020 Nationwide Source Inc. All Rights Reserved.                    Unsubcribe



Nationwide Source

follow us on social media



Regards,

Matt Prager
Nationwide Source
The Nations Premier Source For Personal Protection
https://www.NationwideSource.com
561-818-0622

ACTIVE ON SAM.GOV • DUNS # 117560335 • CAGE CODE 8MVSH

Nationwide Source                                UNSUBSCRIBE

**Confidentiality Notice:**

Information contained in this e-mail is being sent to you after appropriate authorization or by legal exception. You are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without patient consent or as permitted by law is prohibited and may subject you to state and/or federal penalties. This information may also be legally privileged, the disclosure of which is governed by law. This information is intended for the use of the person or entity to which it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any access, disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or proof of destruction of the information contained in this message.

## Confidentiality Notice:

Information contained in this e-mail is being sent to you after appropriate authorization or by legal exception. You are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without patient consent or as permitted by law is prohibited and may subject you to state and/or federal penalties. This information may also be legally privileged, the disclosure of which is governed by law. This information is intended for the use of the person or entity to which it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any access, disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or proof of destruction of the information contained in this message.

# EXHIBIT 11

**Nationwide Source Inc**

220 Congress Park Drive #136

Delray Beach, FL  33445 US

matt@approvemylease.com



# INVOICE

| BILL TO | SHIP TO | INVOICE | R-954394 |
|---------|---------|---------|----------|
| Luis Valadez | Luis Valadez | DATE | 11/06/2020 |
| Hennepin Healthcare | Hennepin Healthcare | TERMS | Net 30 |
| | 901 South 6th St | DUE DATE | 12/06/2020 |
| | Minneapolis, MN  55415 | | |
| | 612-695-1947 | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | 3M 1860 "small size" particulate respirator hard cone mask cases (120 per case) | 3M 1860 "small size" particulate respirator hard cone mask cases (120 per case) | 2,040 | 7.95 | 16,218.00T |
| | Shipping Fee | Shipping Fee | 1 | 500.00 | 500.00T |

| | |
|---|---|
| SUBTOTAL | 16,718.00 |
| TAX | 835.90 |
| TOTAL | 17,553.90 |
| BALANCE DUE | **$17,553.90** |

# EXHIBIT 12

**Nationwide Source Inc**

220 Congress Park Drive #136

Delray Beach, FL  33445 US

matt@approvemylease.com



# INVOICE

| BILL TO | SHIP TO | | INVOICE | R-954395 |
|---|---|---|---|---|
| Luis Valadez | Hennepin Healthcare | | DATE | 11/06/2020 |
| Hennepin Healthcare | 901 South 6th St | | TERMS | Net 30 |
| | Minneapolis, MN  55415 | | DUE DATE | 12/06/2020 |
| | Attn:Luis Valadez | | | |
| | 612-695-1947 | | | |

PURCHASE ORDER
COVID19-Masks

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 3M 1860 particulate respirator hard cone masks | 3M 1860 particulate respirator hard cone masks | 8,040 | 7.95 | 63,918.00T |
| | Shipping Fee | Shipping Fee | 1 | 1,000.00 | 1,000.00T |

| | | |
|---|---|---|
| SUBTOTAL | | 64,918.00 |
| TAX | | 3,245.90 |
| TOTAL | | 68,163.90 |
| BALANCE DUE | | **$68,163.90** |