# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| 3M Company | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-02694-WMW-KMM |
| Nationwide Source Inc. | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff 3M Company's motion for a temporary restraining order and preliminary injunctive relief, (Dkt. 5), is **GRANTED**, in the form of a preliminary injunction.

2. Defendant Nationwide Source Inc. and its agents, servants, employees, and officers are enjoined from using the 3M marks or any other marks confusingly similar to 3M for, on, or in connection with the manufacture, distribution, advertising, promoting, offering for sale, and/or sale of any goods or services, including, without limitation, 3Mbrand N95 masks.

3. Defendant Nationwide Source Inc. and its agents, servants, employees, and officers are enjoined from falsely representing Nationwide as being a distributor, authorized retailer, and/or licensee of 3M and/or any of 3M's products including, without limitation, 3M's 3M-brand N95 masks, and/or otherwise falsely representing to have an association or affiliation with, sponsorship by, and/or connection with 3M and/or any of

3M's products.

4. Defendant Nationwide Source Inc. shall file with the Court and serve upon 3M's counsel, within 30 days after service of this Order, a report in writing under oath setting forth in detail the manner and form in which Nationwide has complied with this Order.

5. This preliminary injunction shall remain in effect until further order of the Court.

Date: 1/19/2021                                            KATE M. FOGARTY, CLERK